UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-34298 |
|---|---|
| RENE K CANTER | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4060633**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | RENE K CANTER<br>1104 LANGDALE AVE<br>NEW CARLISLE, OH  45344 | 299.79 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/9/2011

Certificate of Service   07-34298

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

RENE K CANTER
1104 LANGDALE AVE
NEW CARLISLE, OH  45344

THOMAS D BERRY
4630 SALEM AVE
DAYTON, OH  45416

(45.1n)
AES/PHEAA
LOAN ASSETS MANAGEMENT
PO BOX 8147
HARRISBURG, PA  17105

(46.1n)
CITIBANK NA
701 E 60TH ST NORTH
SIOUX FALLS, SD  57117

(43.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv